FILED'10 AUG 25 10:41 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOSEPH P. RYNCARZ, | CV. 10-584-PA |
| Plaintiff, | JUDGMENT |
| v. | |
| FEDERAL BUREAU OF PRISONS, | |
| Defendant. | |

PANNER, District Judge.

Plaintiff's Motions (#8 & #9) to dismiss this action without prejudice are GRANTED. Accordingly, IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Pending motions, if any, are DENIED AS MOOT.

DATED this 25 day of August, 2010.

_____
Owen M. Panner
United States District Judge

1 - JUDGMENT